NYAMCO ASSOCIATES, INC., Plaintiff, Respondent, v. CORT REALTY CORP., Appellant, and Others, Defendants, and LOUIS H. PINK, Superintendent of Insurance of the State of New York, as Liquidator of NEW YORK TITLE AND MORTGAGE

Company, Defendant, Respondent.— Motion for resettlement denied. Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Hagarty, Johnston, Adel and Taylor, JJ.